**No. 09-7733. Mark C. Jackson, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

559 U.S. 1088, 130 S. Ct. 2144, 176 L. Ed. 2d 761, 2010 U.S. LEXIS 3274.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 909, 130 S. Ct. 1292, 175 L. Ed. 2d 1083, 2010 U.S. LEXIS 832.

**No. 09-7777. Edward Jerome Harbison, Petitioner v. George Little, Commissioner, Tennessee Department of Correction, et al.**

559 U.S. 1088, 130 S. Ct. 2144, 176 L. Ed. 2d 761, 2010 U.S. LEXIS 3256.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 975, 130 S. Ct. 1689, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2053.

**No. 09-7795. Terry Self, Petitioner v. Devon Energy Production Company, LP.**

559 U.S. 1088, 130 S. Ct. 2144, 176 L. Ed. 2d 761, 2010 U.S. LEXIS 3157.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 942, 130 S. Ct. 1508, 176 L. Ed. 2d 119, 2010 U.S. LEXIS 1382.

**No. 09-7802. Geir Hansen, Petitioner v. Industrial Claim Appeals Office of Colorado, et al.**

559 U.S. 1088, 130 S. Ct. 2144, 176 L. Ed. 2d 761, 2010 U.S. LEXIS 3131.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 943, 130 S. Ct. 1509, 176 L. Ed. 2d 120, 2010 U.S. LEXIS 1103.

**No. 09-7858. Coleen L. Powers, Petitioner v. Mesaba Aviation, Inc., dba Mesaba Airlines, et al.**

559 U.S. 1088, 130 S. Ct. 2144, 176 L. Ed. 2d 761, 2010 U.S. LEXIS 3143.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 944, 130 S. Ct. 1512, 176 L. Ed. 2d 122, 2010 U.S. LEXIS 1481.

**No. 09-7922. Dexter Ramone Palmer, Petitioner v. Hugh Smith, Warden.**

559 U.S. 1088, 130 S. Ct. 2144, 176 L. Ed. 2d 761, 2010 U.S. LEXIS 3222.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 945, 130 S. Ct. 1517, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1472.